



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

### SOUTHERN DIVISION

ROGER VAN HECK
   Plaintiff,


V

ST. CLAIR COUNTY,
JOHN THOMLINSON,
ST. CLAIR COUNTY JUDICIARY
MERRY V. PACK
   Defendants,

------------------------------------------/

Case:5:13-cv-11377
Judge: O'Meara, John Corbett
MJ: Grand, David R.
Filed: 03-28-2013 At 12:26 PM
CMP ROGER VAN HECK V ST. CLAIR COUN
TY, ET AL (LG)


## COMPLAINT/DEMAND FOR DAMAGAES FOR

## ILLEGAL PROSECUTION, MALICIOUS PROSECUTION, ILLEGAL ARREST, UNLAWFUL

## IMPRISONMENT, VIOLATIONS OF THE STATUE OF LIMITATIONS, VIOLATION OF STATE AND

## FEDERAL LAWS, LOSS OF PROPERTY, ECONOMICAL LOSSES, AND CONTINUED PROSECUTION


NOW COMES **ROGER VAN HECK** SEEKING **TWO MILLION- EIGHT-HUNDRED THOUSAND DOLLARS, [2,000,800.00]** FOR THE ABOVE ILLEGAL ACTIONS BY THE DEFENDANTS AS FOLLOWS:

1.   The Plaintiff  Roger Van Heck fathered a male Child with Merry V. Pack who was born on December 30, 1971 and was named Todd James Pack and the Child reached the age of emancipation in 1989. Thereby, under the of  Michigan  Statue of limitations in accordance with  the State Law MCL 722.3a , the Statue of the Minors Act went into effect  as well as Michigan's  Statue of Limitations  on enforcement of  back Child support payments is [TEN] years after the  Child reached the age of emancipation, the age of maturity in Michigan [MCL600.5809, 4], specifically address support orders

"For an action to enforce a support order that is enforceable under the support and parenting time Act 1 NO 295 of the Public Acts of 1982, being sections 552.602 to 552. 650 of the Michigan Compiled Laws. "The period limitation's is Ten years from the date that the last support payment is due under the support order regardless of whether the last payment was made." In this case at bar, that date was December 30, 1999.

2. The Plaintiff states that the forgoing Defendants are in violation of the Michigan Paternity Act being 1956 P.A. 205 MCI 722.711 thru 722.730 of charging the Plaintiff a surcharge of 8% on January 1, any year, and on July 1, any year as the State Law provides a "surcharge under this subsection shall NOT be added to court ordered child support under the Paternity Act for the time period of the support order"

3. The Plaintiff offers the St. Clair County Friend of Court {F.O.C.} printout sheet evidence that St. Clair County Is charging an illegal surcharge to the plaintiff as it clearly shows "Surcharge information is available for the selected date range", however, it does in fact how a case balance of 11,060.57 for surcharges. However, Van Heck owes the State of Michigan, F.I.A., A.D.C. and the D.H.S. ., zero dollars in Child support arrearages as they were paid off in the Mid 90s.

4. Van Heck points to all the payments imposed on him since 2001 by the St. Clair County Judiciary, the prosecutors, the F.O.C. and Judge John Thomlinson, on the same printout, starting at two years through the past fifteen years after the State Statue of Limitations on Enforcement went into effect.

5. The Plaintiff, Roger Van Heck points to the Docket details showing the Emancipation date as being 12/40/1989 and the case status is OPEN, {Nov. 12,2 012}whereas the case docket should reflect { CLOSED] as the State of Michigan statue o Limitations was December 30, 19999. However it does not state closed and the County of St. Clair is as of date of this signing still pursuing, and maliciously, knowingly. and willfully, prosecuting the Plaintiff, Van Heck, some fifteen years after the State Statute of Limitations went into effect as the Plaintiff's register of Action will show clear and convincing evidence of all the illegal actions, illegal arrest, and false imprisonment.

6. The Register of Action shows that from May 13, 1987, the date of a bench warrant, thru December, 2001, there was no action on the case at bar. The year 2001, represents two years after the Statue of Limitations went into effect, being MCL 722.3 and MCL 552.601 thru MCL 552.652, stating that "Any enforceable Child support order must be enforced within ten years

after the Child reached the age of emancipation", which in this case was 123/30/1989 thru 12/30/1993, and not 2001, two years after the emancipation date.

7.    That since 2001, two years after the statue of Limitations , that St. Clair County and judge John Thomlinson did issue warrants for an Heck and have Van Heck arrested five times through August of 2004,  on December 2001, JULY 2, 2002, march 1, 2004. April 27, 2004, and in August 24, 2004. VAN Heck spent months incarcerated illegally and his State Constitutional Rights were violated on several occasions where as Michigan Law states that when a person is arrested on a Child support warrant, that " the arrestee is to be in front of the issuing Judge within twenty-four hours, except on weekends and holidays, then immediately thereafter. This is accordance to Michigan House Bill 4816 Effective date 1999.  However, Van Heck was sent straight to jail for 30 days, and   forty-five days, and for sixty days and never saw the judge as guaranteed by the Constitution and the Michigan House Bill.

8.    St. Clair County by and through the St. Clair County Judiciary and  Family Court Judge John Thomlinson are in violations of ordering Van Heck  an SSI recipient a "means tested"  State and Federal program to pay Court Ordered Child support arrearages in the amount of one hundred dollars per month through April of  2013. A violation of State and Federal Laws as follows:

9.   In violation of the Michigan Disability that SSI is a "means tested" program and cannot be used for Child support, under Michigan MCL 55.605 and under the Michigan Child support formula {MCSF 2.05} (A), 209.

    a.    "The formula unequivocally states that imputation of income  for the purpose of determining Child support obligation is n not appropriate where the payers only source of income is a "means tested" SSI."2004 MCSF 2.10 (F). Also see GHIDETTI V BARKER, 459 MICH 189 (1998).

10.    The Defendants are in violation of the sub-chapter of Congress protected benefits from legal process, the alienation Statue, 42 USC 407 applicable to SSI through 42 USC 1383 (d)(1).

    a.    "The right of any person to any future benefit payments under this subchapter shall not be transferable or assignable, (give, designate, or allot), at law or in equity, and none of the paid payable rights under this subchapter shall be the subject to execution, levy, garnishment, or OTHER legal   process, or in the operation of any garnishment or insolence of law".

11.    The Defendants are in violations of the Michigan "means tested" income which is inalienable pursuant to:

        a.    400.55, a Statue similar to the Federal Alienation Statue."

        b.    Michigan Courts have determined that the use of "CONTEMPT POWER to require a party to pay Child support from inalienable government benefits, such as SSI benefits, would violate the "inalienable" provisions for such benefits. 'Causley V LaFreniere, 78 APP 608 (1992), also see Gonzalez V Gonzalez, 121 MIVH APP 289, (1982).

12.    The Defendants are in violation 2004 MCSF 108 as SSI benefits are not considered income and therefore, the recipients of SSI income would be zero dollars.

The forgoing Defendants are in violation of the Federal law, Schelker V Wilson, 4560 USC 221, 223, 101 S. Ct. 1074 (1981):

        a.    " SSI benefits are not subject to attachment for the purpose of spousal support or Child support, 42 U.S.C. s 07 (a), " Providing that none of the monies paid or payable under subchapter II shall be subject to execution, levy, garnishment, or OTHER legal process."

        13.    The St. Clair County  Family Court Judge Judge John Thomlinson has Court Ordered that Van Heck, who is on SSI Disability to pay Merry V. Pack, thousands of dollars including nine  hundred by April 2013, (See Register of Action page four), or be brought before him for  contempt in violation of 4USC 407,  42 USC 383, (d)(1);. "SSI benefits are inalienable, that is, benefits  are  not transferable or "assignable" (designate, give, or allot to someone else), and are not  subject to execution, levy, attachment, garnishment, or other legal process including Child  support".


"Further, the courts cannot use their 'contempt powers' to require payment  of Child support from benefits that are inalienable means  tested benefits (SSI) and cannot be considered income for the purpose of determining child support


        1.    That under the State of Michigan Child support formula of 2004, 2004 (MCSF). SSI benefits are a "means tested" source as income and cannot be counted as income. 2004, MCSF 205 (A), 209. Further, the formula unequivocally states that

impulatation of SSI income for the purpose of Child support is not appropriate . Ghidotti v Barber MICH 289 (1998).

15.   Under Michigan Law, "means tested" income is inalienable pursuant to MCL 400.63, a statue very close to the Federal inalienable statue, Michigan courts have consistently determined that the use of it's Contempt Power' would violate the inalienability provisions, except for St. Clair County Judges, as this case at bar show demonstrates. (Causley V LaFeniere, 78 MICH APP 250.1977); and Proudfit  V O'Neal 193 MICH APP 608 (1992).

16.   THAT THE St. Clair County and St. Clair County Judiciary are further in violations of the Morocco V. Gladinao, 767A. 2d.720 (Conn), 2001 That SSI benefits are not subject to any legal process for payment of Child support, as the Court has Ordered Van Heck, the Plaintiff. Also see Ward  V Ward 763 N.E. 2d 480 (Ind App, 20:20. The Court held that SSI recipients cannot be held in contempt for failure to comply with Child support Orders.

17.   In Gonzalez, 121 MIVH APP at 191, the Michigan  Court of Appeals held that 'means tested' benefits are "inalienable" and that a 'contempt order is improper.

18.   St. Clair County Judge John Tomlinson demonstrates abuse of judicial authority and abuse of judicial power as proven by exhibit one, where as the Friend of Court on December 12, 2007 Motioned the Court for a Relief of Judgement for Van Heck under (MCR 212.C) and MCR 2.11€ and the Judge rejected the Friend of Court's motion. which is also nine years past the Statue of Limitations for enforcing a support Order.

EXB. 1.

19.   Judge Thomlinson further demonstrates his abuse of judicial power on October 23, 2007, when he issued a Contempt Order against Van Heck hen he full knowledge that Van heck was on SSi disability and that such an order is "inappropriate" in the State of Michigan and in violation of numerous State an Federal Laws.

EXB. 2.

List of Case History and Authority.

20.     St. Clair County Judge Thomlinson again knowingly, willfully, and blatantly, violates his Contempt Power by issuing another Contempt Order against Van Heck and violates the well established Federal and State laws for persons on SSI, a "means tested" program.

21.     Judge Thomlinson is again in violation of the Michigan Statue of "limitations" when the Child emancipated in 1989.

EXB. 3.

22.     St. CLAIR County and Judge Thomlinson violated Van Heck's constitutional rights numerous times from 2001, two years after the Statue of Limitations, through 2012 by having Van Heck arrested and incarcerated for months at a times as the Register of action so proves, as ell as the incarceration exhibits. The Michigan Child support Enforcement System printout shows the Child emancipated on DECEMBER 30, 1989, there by making December 30, 1999 the ten year date of the "Statue of "Limitations".

See List of Exhibits.

23.     St. Clair County Judge Thomlinson again violates van Heck's Constitutional Rights and violates all the proceeding and following laws on October 9, 2011, when he issues and enforcement order against Van Heck when he has full knowledge of Van heck being on SSI Disability and the Statue of limitations was in fact December 30, 1999 and Child support orders and Contempt Orders cannot be isssued or enforced

EXB. 7.

24.   Van Heck presents as evidence pages 6 and 7, and 12 and 13 of the transcript that Thomlison Court Orders Van Heck to pay Merry Pack Child support when he has full knowledge of Van Heck being on SSI and a that the Statue of Limitations was fourteen years prior to the court action an as it is argued before the judge,  and he puts it back on Van Heck that he should

Known the laws at previous court hearings (see transcript page 12., line15) or he will enforce an agreement that violates Federal and State Laws that SSI is not assignable, allot designate, or give to someone else. T. pg 13, lines 10, 11, 12 and 2, Thomlinson rejects the F.O.C..recommendation to close the case again. T.pg 12, lines 21 and 22, Thomlinson intimidates and threatens Van Heck.

25.       Judge John Tomlinson expresses extreme prejudice and abuse of judicial power towards Roger Van Heck a disabled sixty year old man and total disregard for the laws of this State and Country. Transcript of September, 4, 2012.

## DEFENDANT MERRY V. PACK

The  Plaintiff, Roger van, Seeks EIGHT HUNDRED THOUSAND DOLLARS from the Defendant Merry V. Pack for wrongful prosecution, loss of income, loss of property,  malicious prosecution, and negligent continued prosecution in punitive damages for Merry V. Pack being fully informed of the emancipation date being December 30, 1989 when the child turned Eighteen (18), and ha knowledge  or should have knowledge that the Statue of Limitations is tern years after the Child turns 18, or 9999, however, as of this date of signing continues to pursue,  knowingly, willfully, an revengefully prosecute the Plaintiff for financial enrichment that she is not entitled to and has not been entitled to for fourteen years past the Statue of Limitations, including having Van Heck incarcerated wrongfully and illegally

6.

2.   THE plaintiff has paid the Defendant thousands of dollars since the Statue of Limitations unknowingly had went into effect in the year 19999, so wrongfully pursued and Court Ordered by the judiciary of St. Clair County, Milissa Sommers, the Prosecutors office,  and that during the plaintiff's unlawfully incarcerations when release only to find his vehicles towed, his personal property from he rented, in dumpsters and hauled away twice in 2002 and twice in 2004 as the Register of Action shows, in violations of the Statue of Limitations.

3.   Merry V. Pack is in violation of  Michigan Compiled laws722.3 and 722.3a of the "Minors Act",

"Child Support Automatically stops at the age of Eighteen" and the Statue of Limitations to enforce a Child support order is ten year after the Child turns Eighteen after the last obligation is due whether or not it was paid. In this case at bar, the Statue of Limitations was December 30, 1999.

Merry V. pack know having full knowledge  and understanding of the Michigan Statue of limitations for enforcing a Child  support Order is ten years after the Child turns 18, and with the full knowledge that Van Heck is on SSI Disability a "means tested" Federal and State program, seeks monetary enrichment because Van Heck is on  SSI and has an income. even though SSI is not, cannot, be considered an income, so she relies on the St. Clair County Judicial system to viciously, maliciously, prosecute Van Heck  to prefratrate a fraud by and through the St. Clair Judiciary Judge John Thomlinson with the Courts blessing and backing as demonstrated in the excerpt of the transcript.

**WHEREFORE,** The Plaintiff, Roger van Heck, respectfully request of this Honorable Court to grant him an award of Two Million Eight Hundred Thousand Dollars (2,800,000.00)  against the named Defendants  in light of the wrong doings of Violations of the Statue of Limitations,  wrongful imprisonments, and the violations of the State of Michigan Laws and violations of the Federal Laws

March 28, 2013

Roger Van Heck
94 South Rose Street
Mt. Clemens, MI 48043
586)  713-4592

## INDEX OF AUTHORITIES

Cases Name and Citation:

| | |
|---|---|
| CHIDETTI V. BARKER | 459 MICH 189 (1998) |
| CAUSELY V. LAFRENIERE | 293 72 MICH APP 608 (11379) |
| PROUDFIT V. O'NEAL | 193 MICH APP 608 (1992) |
| GONZALEZ V. GONZALES | 121 MICH APP 296, (1982) |
| SCHWEIKER V. WILSON | 450 U.S. 221, 223, 101 S. CT. 1074 (1981) |

Statutes:

SUCCESSFULLY APPEALED.

OTHER:

42 USC 407 through 42 USC 1383 (d) (1)

2004 MSCF 108

42 U.S.C. SS 407 (a)

MCL 552.605

2004 MSCF 2.05(A), 209

MCSF 2.10(F)

MCL 400.63 Paternity Act, Act NO 205 of the Public Acts of 1956, 722.711 to 722.730

## list of case laws

1.    MCL 552.6501 thru 552.650.
2.    Mcl 722. and 722.3
3.    MCR 2.612 (c).
4.    hCR 2.11 (E).
5.    MSC 397 MICH 44, 46 1996.
6.    Rule 52 (a).

ii

# LIST OF EXHIBITS

1.  MOTION FOR RELIEF OF JUDGEMENT: DEBIED.
2.  CONTEMPT ORDER: 2008, Plaintiff was on SSI.
3.  STATEMENT OF EMANCIPATION DEC. 30, 1989.
4.  ORDER CLOSING CASE AND RECALL BENCH WARRANTS: DENIED. 8/1/12.
5.  ORDER TO CLOSE CASE WUG. 8, 2012: DENIED.
6.  SUPPORT ORDER, ORDERED: Sept. 12, 12.
7.  CONTEMPT ORDER SIGNED BY TOMLINSON: Nov. 2, 2012
8.  PAGE ONE OF REGISTER OF ACTIONS.
9.  PAGE TWO OF REGISTER OF ACTIONS.
10. TRANSCRIPT PAGE SIX.
11. TRANSCRIPT PAGE SEVEN.
12. TRANSCRIPT PAGE 12.
13. TRANSCRIPT PAGE 13.
14. PROOF OF INCACERATION AFTER THE STATUE OF LIMITATIONS.
15. PROOF INCARCERATION AFTER THE STATUE OF LIMITATIONS.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER VAN HECK
    Plaintiff


V

CASE NO:


ST. CLAIR COUNTY
JOHN THOMLINSON
St. CLAIR COUNTY JUDICIARY
MERRY V. PACK
    Defendants,


## PROOF OF SERVICE


Roger Van Heck being duly swoen and subscribed  that he filed a
Civil Suit in the UNITED STATES DISTRICT COURT in Detroit,
Michigan and served a copy of the same on the above Defendants.


I,Roger Van Heck do hereby attest that I served or had served
upon the Defendants a copy of this civil suit.


_____ Roger Van Heck being duly sworn and subscribed before
NOTARY PUBLIC:My Commission expires on: _____
on this day 27TH March, 2013.              Notary Signature

                                           Roger Van Heck
3-27-2013                                  94 South Rose Street
Dated:                                     Mt. Clemens, mi 48043
                                           5860 713-4591

KIMBERLY A. ALLARD
Notary Public, State of Michigan
County of Saint Clair
My Commission Expires 12-06-2015
Acting In the County of Macomb

*Exb. 2.*

| STATE OF MICHIGAN<br>31ST CIRCUIT COURT FAMILY<br>DIVISION<br>ST. CLAIR COUNTY | MOTION AND ORDER TO<br>SHOW CAUSE FOR<br>CONTEMPT(SUPPORT) | CASE NO.<br>1975-004460-DP<br>HON. JOHN D TOMLINSON |
|---|---|---|

| St. Clair County Friend of the Court Address:<br>201 Mcmorran Boulevard Room 1600 Port Huron , MI 48060 | | Telephone No. (810) 985-2285<br>Fax No (810) 985-2180 |
|---|---|---|

| Plaintiff's name, address, and telephone no.<br><br>**MERRY V PACK**<br>3550 Teeple Ave<br>Fort Gratiot, MI 48059 | v | Defendant's name, address, and telephone no.<br><br>**ROGER E VANHECK** |
|---|---|---|
| Plaintiff's attorney name, address, telephone no., and bar no. | | Defendant's attorney name, address, telephone no., and bar no. |

## MOTION

I state:

1. ~~ROGER E VANHECK was ordered to pay support.~~

2. The Office of the Friend of the Court has reviewed the records and determined the past due support amount on 10-22-2007 is $15,928.84 which exceeds the statutory amount allowed.

3. I request the court to issue an order to show cause why the payer named above should not be found in contempt for failure to comply with the court's order.

I declare that the statements above are true to the best of my information, knowledge, and belief.

**OCT 2 9 2007**
_____
Date

_M Samuels_
_____
Friend of The Court Representative

## ORDER

**IT IS ORDERED:**

ROGER E VANHECK shall appear in person on December 12, 2007 at 10:00 AM at ST CLAIR COUNTY FRIEND OF THE COURT ROOM 1600 B-1 201 MCMORRAN BLVD. PORT HURON, MI 48060 to show cause why s/he should not be held in contempt for failure to comply with the Court's order. If you have a hearing before a Judge, go directly to that courtroom. If your hearing is before a referee, go to the Friend of the Court Office to sign in. If the named party fails to appear, s/he may be found in contempt and a bench warrant may be issued for his/her arrest. If contempt is found, the Court may apply any enforcement remedy allowed under the law

**OCT 2 9 2007**
_____
Date

_____
Judge

**NOTE:** Your driver, occupational, and recreational licenses may be suspended at this hearing if you fail to appear or to pay the arrearage in full.

Either party attending the hearing must:

    Dress in a manner appropriate for a Court hearing.

    Not carry any weapons into the courthouse or Office of Friend of the Court.

    Do not bring any child to Court that will not be called to testify.

CERTIFICATE OF SERVICE
The undersigned hereby certifies that he/she has this
_____ day of _____ 2007 _____
mailed a copy of the foregoing pleading to the parties of
record and/or the attorneys of record for all other parties
in this action by placing same properly addressed in the
U.S. Mail with/sufficient _____ to insure delivery.

MOTION AND ORDER TO SHOW CAUSE FOR CONTEMPT(SUPPORT)
FEN14L (07/05)    Page 1 of 2

1975-004460-DP
MCL 552.511, MCL 552.625(a), MCL 552.626a,
MCL 552 631, MCR 3.208(B)(1)

Michigan Child Support Enforcement System

NCP Financial Detail Report

Report Period:   05/01/2010 to 11/22/2011

[CONFIDENTIAL - FOR PAYER USE ONLY]

RPID: NCPD

EXD 3.

Payer ID:  15495729

Docket - County:  1975004460DP - 074

Payer Name:   ROGER EARL VANHECK

**Legal Address:**

ROGER EARL VANHECK
94 S ROSE ST
MOUNT CLEMENS, MI 48043

**Mailing Address:**

94 S ROSE ST
MOUNT CLEMENS, MI 48043

### Docket Details

Docket: 1975004460DP

Docket County:  074 - Saint Clair

Docket Status: OPEN

Case ID: 911561367

Payee Name:  MERRY PACK

Case Status: OPEN

Dependents

TODD

DOB

12/30/1971

Emancipation Date

12/30/1989

Actively Charging Obligation

N

### Current Account Information Summary

| Debt Type | Current Month's Charges | Balance Owed | Fixed Obligation Indicator | Fixed Payoff Balance |
|---|---|---|---|---|
| Docket: 1975004460DP - 074 | | | | |
| Case ID: 911561367 | | | | |
| CS-CHILD SUPPORT | .00 | 10200.82 | | |
| PF-PROCESSING FEES | .00 | 198.75 | | |
| SF-SERVICE FEES | .00 | 655.00 | | |
| Docket Total: | .00 | 11060.57 | | |

Processing and Service Fees are assessed semi-annually in January and July.

### Surcharges

Surcharge information is not available for the selected date range.

### Payments

| Collection Date | Receipt Number | Payment Source | Full Receipt Amount | On Hold | Backout Reason Description | Original Receipt Number |
|---|---|---|---|---|---|---|
| 05/10/2010 | 051020100148900 1 | OBLIGOR | 100.00 | | | |
| | Amount Distributed by Docket: | 1975004460 | 100.00 | | | |
| 06/11/2010 | 061120100748900 2 | OBLIGOR | 100.00 | | | |
| | Amount Distributed by Docket: | 1975004460 | 100.00 | | | |
| 07/13/2010 | 071320100300600 1 | OBLIGOR | 100.00 | | | |
| | Amount Distributed by Docket: | 1975004460 | 100.00 | | | |
| 09/08/2010 | 090820100463800 2 | OBLIGOR | 100.00 | | | |
| | Amount Distributed by Docket: | 1975004460 | 100.00 | | | |
| 11/03/2010 | 110320100662700 2 | OBLIGOR | 100.00 | | | |
| | Amount Distributed by Docket: | 1975004460 | 100.00 | | | |
| 12/07/2010 | 120720100697000 1 | OBLIGOR | 100.00 | | | |
| | Amount Distributed by Docket: | 1975004460 | 100.00 | | | |
| 02/03/2011 | 020320110753630 1 | OBLIGOR | 100.00 | | | |
| | Amount Distributed by Docket: | 1975004460 | 100.00 | | | |
| 03/11/2011 | 031120110211500 4 | OBLIGOR | 100.00 | | | |
| | Amount Distributed by Docket: | 1975004460 | 100.00 | | | |
| 04/13/2011 | 041320110760600 1 | OBLIGOR | 100.00 | | | |
| | Amount Distributed by Docket: | 1983372102 | 71.21 | | | |
| | | 1975004460 | 28.79 | | | |

Exb. 7.

**STATE OF MICHIGAN**
**31ST JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY**

ENFORCEMENT ORDER

**CASE NO.**
1975-004460-DP
HON. JOHN D TOMLINSON

St. Clair County Friend of the Court Address:
201 Mcmorran Boulevard Room 1600 Port Huron , MI 48060

Telephone No. (810) 985-2285
Fax No. (810) 985-2180

| | v | |
|---|---|---|
| Plaintiff's name, address, and telephone no.<br><br>**MERRY V PACK**<br>3550 Teeple Ave<br>Fort Gratiot, MI 48059<br><br>(810) 984-2433<br><br>Plaintiff's attorney name, address, telephone no., and bar no. | | Defendant's name, address, and telephone no.<br><br>**ROGER EARL VANHECK**<br>94 S Rose St<br>Mount Clemens, MI 48043<br><br>(586) 493-7962<br><br>Defendant's attorney name, address, telephone no., and bar no. |

Date of Hearing:
OCT 1 9 2011

Respondent: ROGER EARL VANHECK

**FINDINGS:**

The order is the result of a consent.

**IT IS ORDERED:**

Reason: Both parties appeared. Mr. Vanheck receives $664 a month SSI benefits. He will pay $100 a month for 15 months beginning 1/1/12. If payments are consistent and $1500 total has been paid to the payee by April of 2013, then the rest of the money on this account will be backed off be agreement and the case closed at that time.

The order to show cause is set aside (dismissed).

Both parties shall notify the Friend of the Court in writing within 21 days of the change in: a) their mailing or residence addresses and telephone numbers; b) the name, address, and telephone number of their employers or sources of income; c) their health maintenance or insurance company insurance coverage or contract numbers; d) their occupational or driver's licenses; and e) their social security numbers unless law exempts that person from providing the social security number.

Date Signed: OCT 1 9 2011

**JOHN D. TOMLINSON**

HON. JOHN D TOMLINSON P45917

I have read or had read to me the findings and proposed order of the referee or order of the court and I consent to the immediate entry of this proposed order and waive my rights to object under any objection period allowed by law.

| 10/11/11 | _Merry V. Pack_ | 10/11/11 | _Roger Van Heck_ |
|---|---|---|---|
| Date | **MERRY V PACK**<br>Plaintiff | Date | **ROGER EARL VANHECK**<br>Defendant |

**CERTIFICATE OF MAILING**

ENFORCEMENT ORDER
FEN14J (Rev. 03/06)

Page 1 of 1

1975-004460-DP
MCL 552.632

19.

| STATE OF MICHIGAN<br>31st JUDICIAL CIRCUIT<br>ST. CLAIR COUNTY | ORDER CLOSING CASE | CASE NO.<br>T-1975-004460-DP |
|---|---|---|

Court Address: 201 McMorran Blvd. Room 1600, Port Huron, MI 48060          Telephone: (810) 985-2285

Plaintiff's name and address
MERRY V PACK
3550 Teeple Ave
Fort Gratiot, MI 48059

Attorney:

Defendant's name and address
ROGER EARL VANHECK
94 S Rose St
Mount Clemens, MI 48043

Attorney:

FINDINGS:

Upon review of the captioned file, the Friend of the Court recommends that the file be closed. Father's only source of income is Social Security. Pursuant to Administrative Criteria, the case may be reopened.



8/1/12
Dated

Friend of the Court Representative

IT IS ORDERED that the case captioned herein be closed, and all fees and account balances shall be preserved but removed from the Friend of the Court computer system. The case may be reopened by further order of the Court.

IT IS FURTHER ORDERED that any outstanding bench warrants shall be recalled.

PROPOSED

Hon.  John D. Tomlinson (P-45917

_____
Date

26.

NREF+          NREF          NHJ

| STATE OF MICHIGAN<br>31st Judicial Circuit<br>St. Clair County | NOTICE TO APPEAR FOR HEARING | CASE NO.<br>T- 1975-004460-DP |
|---|---|---|

FOC Address: 201 McMorran Boulevard Room 1600, Port Huron, MI 48060   www.stclaircounty.org/offices/foc   Telephone (810) 985-2285

**Plaintiff name and address**
MERRY V PACK
3550 Teeple Ave
Fort Gratiot, MI 48059

Attorney:

**Defendant name and address**
ROGER EARL VANHECK
94 S Rose St
Mount Clemens, MI 48043

Attorney:

**1. Date of Notice:** 07/27/2012

**A hearing has been scheduled for:**

**Date:** SEPTEMBER 4, 2012

**Time:** 9:00 AM
**Location:** JUDGE TOMLINSON, ROOM 2700

This hearing has been scheduled to address the following issues:

☐ Parenting Time Issues/Disputes            ☐ Custody
☐ Change of Domicile/Legal Residence       ☐ Support Review
☒ **Entry of Order administratively closing file per**   ☐ Other
**Referee hearing on July 11, 2012; PROPOSED**
**ORDER ATTACHED.**

PLEASE APPEAR AT THE APPOINTED TIME. Only the parties and/or their attorney may provide testimony during the hearing. No minor children may attend the hearing. If you have an attorney and they are not listed above, please contact the Friend of Court and that attorney immediately.

A HEARING MAY BE CANCELLED OR ADJOURNED, BUT the Friend of the Court must be notified IN WRITING nine (9) days prior to the hearing date, and permission to adjourn given through the Friend of the Court.

If you require special accommodations to use the court because of a disability, or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements. Parties must not carry any weapons into the courthouse or office of the Friend of the Court.

**Note: Proper attire is required in the Court Room. Shorts/cutoffs, tank/halter tops, sleeveless t-shirts, slippers, spandex tights and pants, or bare midriffs will NOT be allowed in the Court Room.**

### CERTIFICATE OF MAILING

I certify that on this day I mailed a copy of this order by ordinary mail to the parties at the addresses stated above.

AUG 0 8 2012

_____          _____
Date                                           Signature

22.

**STATE OF MICHIGAN**

**IN THE CIRCUIT COURT FOR THE COUNTY OF ST. CLAIR**

MERRY PACK,
       Plaintiff,

-vs-
                          Case No. T-1975-004460-DP

ROGER EARL VANHECK,
       Defendant,

**ORDER**
**REGARDING SUPPORT REIMBURSEMENT**

At a session of said Court, continued and held
At the County Building in the City of Port Huron,
County of St. Clair and State of Michigan on this
SEP 2 7 2012, 2012.

PRESENT: HON. JOHN D. TOMLINSON
Probate Judge/Family Division

Pursuant to Judge Tomlinson's ruling on September 4, 2012 and the Court being fully advised in the premises;

IT IS HEREBY ORDERED Roger Vanheck shall reimburse Mary Pack $900.00 at $100.00 per month, payments to commence this month. Upon compliance with this plan, the remaining balance owed to Mary Pack shall be extinguished.

IT IS FURTHER ORDERED that the terms and provisions of all prior Orders, except as amended herein, shall remain in full force and effect.

## JOHN D. TOMLINSON

HON. JOHN D. TOMLINSON, P-45917
Probate Judge/Family Division

Prepared by:
St. Clair County
Friend of Court

Date: SEP 2 7 2012

A TRUE COPY
Jay M. DeBoyer
County Clerk

| STATE OF MICHIGAN<br>31st Judicial Circuit<br>St. Clair County | NOTICE TO APPEAR AT THE FRIEND OF COURT; MOTION AND ORDER TO SHOW CAUSE FOR CONTEMPT (SUPPORT) | CASE NO.<br>T- 1975-004460-DP |
|---|---|---|

FOC Address: 201 McMorran Boulevard Room 1600 Port Huron, MI 48060  www.stclaircounty.org/offices/foc  Telephone (810) 985-2285

Plaintiff name and address

MERRY V PACK
3550 Teeple Ave
Fort Gratiot, MI 48059

Attorney:

Defendant name and address

ROGER EARL VANHECK
94 S Rose St
Mount Clemens, MI 48043

Attorney:

**MOTION:**
1. ROGER EARL VANHECK was ordered to pay support.
2. The office of the Friend of the Court has reviewed the records and determined the past due support amount on 09-30-2012 is $10,502.57, which exceeds the statutory amount allowed.
3. I request the court to issue an order to show cause why the payer named above should not be found in contempt for failure to comply with the court's order.
4. I request the parties to first appear at the Friend of the Court to attempt resolution on non-payment of support.
5. I request that the issue of non-payment of support be continued before the Judge if the parties fail to reach a resolution at the Friend of the Court.

I declare that the statements above are true to the best of my information, knowledge, and belief.

10-24-2012
Date

*APPEAR AT: FRIEND OF COURT OFFICE*

_Becky Phillips-Gould_
Friend of the Court Representative

**IT IS ORDERED:**
1. Parties must first **appear in person at the Friend of the Court on December 11, 2012 at 10:30 a.m.** to attend a settlement conference on support.
2. Failure to reach a settlement at the Friend of the Court shall result in a Show Cause hearing before Honorable Judge John D. Tomlinson at 11:30 a.m. or as soon as the court can hear the issue.
3. If the payer of support fails to appear, a bench warrant may be issued for his/her arrest.

NOV - 1 2012
Date

_JOHN D. TOMLINSON_
Hon. John D. Tomlinson     P45917

**IVR INFORMATION CONCERNING THIS HEARING MAY BE INCORRECT.**
**APPEAR AT THE TIME AND DATE AS INDICATED ABOVE.**

If you require special accommodations to use the court because of a disability, or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements. Parties must not carry any weapons into the courthouse or office of the Friend of the Court. No children may attend the hearing.
*** If you have an attorney and they are not listed above, please contact the Friend of Court and that attorney immediately.

Note: Proper attire is required in the Court Room. Shorts/cutoffs, tank/halter tops, sleeveless t-shirts, slippers, spandex tights and pants, or bare midriffs will NOT be allowed in the Court Room.

**CERTIFICATE OF MAILING**

I certify that on this date I mailed a copy of this notice of hearing and order to show cause to the parties by ordinary mail addressed to their last known address.

NOV 02 2012
Date

_Brian L. Rase_
Signature

```
      FOJ                    CASE REGISTER OF ACTIONS          02/27/13   PAGE   1
   .460-DP JUDGE TOMLINSON    FILE 06/28/72  ADJ DT 11/05/75 CLOSE  11/05/75
        ST. CLAIR COUNTY                                    SCAO LINE  70


P 001 PACK,MERRY,                    VS D 001 VANHECK,ROGER,
      U/A                                     94 S ROSE ST
      U/A                                     MT CLEMENS MI 48043
      ATY:SHAPIRO,D. J.,
      P-23799      810-329-3133
                                        DISPOSITION 11/05/75  UNC  MSH

      SERVICE/ANS 12/15/86  APP


                   Actions, Judgments, Case Notes
-------------------------------------------------------------------------
Num . Date   Judge        Chg/Pty  Event Description/Comments
---- -------- ---------    -------  ----------------------------------------
```

| Num | Date | Judge | Chg/Pty | Event Description/Comments | | |
|-----|------|-------|---------|----------------------------|---|---|
| 1 | 06/28/72 | TOMLINSON | | SUMMONS AND COMPLAINT - NOT SUBJECT | CLK | DJN |
| | | | | TO FEES | CLK | |
| 13 | | | D 001 | SUMMONS ISSUED | CLK | KP |
| 14 | 07/16/74 | | | ORDER | CLK | KP |
| | | | | FOR BLOOD TEST | CLK | |
| 15 | 11/13/74 | | | ORDER | CLK | KP |
| | | | | FOR BLOOD TEST | CLK | |
| 16 | 03/05/75 | | | NOTICE | CLK | KP |
| | | | | OF BLOOD TEST RESULT | CLK | |
| 17 | | | | BLOOD TEST RESULTS | CLK | KP |
| 18 | 03/13/75 | | | NOTICE OF PRE-TRIAL | CLK | KP |
| 19 | 05/15/75 | | | NOTICE OF NON JURY TRIAL | CLK | KP |
| 20 | | | | PRETRIAL STATEMENT | CLK | KP |
| 21 | 07/16/75 | | | NOTICE OF ADJOURNED NON JURY | CLK | KP |
| | | | | TRIAL | CLK | |
| 22 | 10/21/75 | | | REPORT OF THE FRIEND OF COURT | CLK | KP |
| 23 | 10/22/75 | | | NOTICE OF ORDER FOR SUPPORT | CLK | KP |
| 2 | 11/05/75 | | D 001 | MISCELLANOUS HEARING HELD | CRT | DJN |
| | | | | UNCONTESTED | CRT | |
| 3 | | | | FINAL ORDER OR JUDGEMENT FILED | CLK | DJN |
| | | | | ORDER OF FILIATION | CLK | |
| 24 | 01/24/84 | | | ORDER TO SHOW CAUSE | CLK | KP |
| | | | | W/PETITION | CLK | |
| 25 | 07/03/86 | | | ORDER TO SHOW CAUSE | CLK | KP |
| | | | | W/PETITION | CLK | |
| 26 | 12/15/86 | | P 001 | APPEARANCE | CLK | KP |
| | | | | ATTORNEY: P-23799 SHAPIRO | CLK | |
| | | | | W/NOTICE OF APPEARANCE | CLK | |
| 27 | 05/13/87 | | | MEMORANDUM OF BENCH WARRANT | CLK | KP |
| 28 | 12/11/01 | | | ORDER TO SHOW CAUSE | CLK | KP |
| | | | | W/PETITION | CLK | |
| 29 | 02/22/02 | | | ORDER TO SHOW CAUSE | CLK | KP |
| | | | | W/PETITION | CLK | |
| 30 | 05/29/02 | | | ORDER TO SHOW CAUSE | CLK | KP |
| | | | | W/PETITION | CLK | |
| 31 | 07/02/02 | | D 001 | BENCH WARRANT ISSUED | CLK | KP |
| 49 | 03/01/04 | | D 001 | BENCH WARRANT RETURNED | CLK | KP |
| 51 | 04/27/04 | | D 001 | BENCH WARRANT ISSUED | CLK | KP |
| 52 | 08/25/04 | | D 001 | BENCH WARRANT RETURNED | CLK | KP |
| 50 | 10/05/04 | | | PETITION/ORDER | CLK | KP |
| | | | | FOR JAIL SENTENCE REDUCTION | CLK | |
| | | | | W/CERT OF SERVICE | CLK | |
| 53 | 12/14/04 | | | ORDER TO SHOW CAUSE | CLK | KP |
| | | | | W/MOTION/CERT OF MAILING | CLK | |

-------------------------------------------------------------------------------

| | | | | |
|---|---|---|---|---|
| 54 | 01/14/05 | | LIEN ORDER | CLK KP |
| 55 | | | PROOF OF MAILING | CLK KP |
| 56 | 10/29/07 | | ORDER TO SHOW CAUSE | CLK KP |
| | | | W/MOTION/CERT OF SERVICE | CLK |
| 58 | 01/02/08 | P 001 | OBJECTIONS | CLK KP |
| 57 | 01/18/08 | | ORDER AFTER REFEREE HRG | CLK KP |
| | | | ON SHOW CAUSE HEARING ON | CLK |
| | | | 12-12-07 | CLK |
| 59 | 03/25/08 | | ORDER | CLK KP |
| | | | RE PAYMENT OF ARREARS | CLK |
| 4 | 06/17/08 | | MISCELLANOUS HEARING HELD | CRT LL |
| | | | BOTH PARTIES APPEARED. FATHER | CRT |
| | | | STATES HE HAS AN ORDER DATED | CRT |
| | | | THREE MOS. AGO AND HE HAS MADE | CRT |
| | | | PAYMENTS ACCORDING TO THE OR- | CRT |
| | | | DER SINCE HE GOT IT. MOTHER | CRT |
| | | | STATES SHE HAS REC'D NO MONEY | CRT |
| | | | FROM THE FOC. FATHER APPARENT- | CRT |
| | | | LY SENT IN MONEY ORDERS TO THE | CRT |
| | | | OFFICE MADE OUT TO MERRY PACK | CRT |
| | | | AND FOC SO THEY MAY HAVE TO | CRT |
| | | | BE SENT BACK. THE ORDER IS FOR | CRT |
| | | | DIRECT PAYMENT TO FOC SO THEY | CRT |
| | | | WERE SENT DOWN TO SORT OUT | CRT |
| | | | WHERE THE PAYMENTS HAVE GONE. | CRT |
| 5 | 05/13/09 | | ORDER | CLK KP |
| | | | PRESERVING ARREARAGES | CLK |
| 47 | 09/24/09 | | ORDER TO SHOW CAUSE | CLK KP |
| | | | W/MOTION/NOTICE TO APPEAR @ | CLK |
| | | | FOC/CERT OF MAILING | CLK |
| 46 | 10/22/09 | | ENFORCEMENT ORDER | CLK KP |
| 12 | 08/26/11 | | ORDER TO SHOW CAUSE | CLK KP |
| | | | W/MOTION/NOTICE TO APPEAR @ | CLK |
| | | | FOC/CERTIFICATE OF MAILING | CLK |
| 6 | 10/19/11 | | ENFORCEMENT ORDER | CLK KP |
| 8 | 09/04/12 | | SET NEXT DATE FOR: 09/04/12  9:02 AM | CLK MC |
| | | | MISCELLANOUS HEARING | |
| | | | EOO/ORDER CLOSING FILE | CLK |
| 9 | | | MISCELLANOUS HEARING HELD | CRT LL |
| | | | BOTH PARTIES PRESENT. ON FOR | CRT |
| | | | ADMINISTRATIVE CLOSURE. RIGHT | CRT |
| | | | TO OBJECT TO SURCHARGE WAIVED | CRT |
| | | | WHEN AGREEMENT WAS MADE. PL | CRT |
| | | | STATES HE WAS ORDERED TO PAY | CRT |
| | | | $19/WK, SON IS GOING TO BE 41 | CRT |
| | | | YEARS OLD.  DEF WAS LICENSED | CRT |
| | | | CONTRACTOR, DIDN'T PAY SS OR | CRT |
| | | | TAXES. CT FINDS ON EVIDENCE | CRT |
| | | | PRESENTED, AGREEMENT TO | CRT |
| | | | RESOLVE THIS ARREARAGE IN | CRT |
| | | | OCTOBER 2011 FOR FATHER TO PAY | CRT |
| | | | $100/MO FOR 15 MONTHS BEGIN- | CRT |
| | | | NING JANUARY '12, WAIVED RIGHT | CRT |
| | | | WHEN ENTERED INTO AGREEMENT, | CRT |
| | | | NO CONTEMPLATION FOR PRIOR | CRT |
| | | | PAYMENTS. HONOR TERMS, REQUIRE | CRT |
| | | | D TO PAY $1500 ON OR BEFORE | CRT |

1  pay $1,500.00 from that point forward, right?

2     MR. VANHECK:  Well, no, actually not.

3     THE COURT:  Okay, what did you think?

4     MR. VANHECK:  I kind of talked to the court

5  after that to get this print out, looking for a date on

6  it, your Honor.  This come off of what I was supposed

7  to pay her.  SSI, she was told in December by the

8  referee that on SSI I don't have to pay her a dime, and

9  I agreed to give her some money.  But they did it on

10  the arrearages, she's paid in full, period.

11     Last time we were in court the referee, the

12  court lawyer, he mentioned my --

13     THE COURT:  Mr. VanHeck, when you borrow

14  money from the bank they charge you interest, right?

15     MR. VANHECK:  There's Michigan Compiled Laws

16  552.603a, a surcharge under this subsection shall not

17  be added to support order under paternity act of 205 of

18  Public Act 56, being section 722.711 to --

19     THE COURT:  Well, they changed the way they

20  do that.  But they used to consider it a Judgment and

21  then they charged you a surcharge in lieu of interest

22  on a money Judgment for a long time.  They just changed

23  that.

24     MR. VANHECK:  Also in this law, it also

25  points out House Bill 4816, Michigan Compiled Laws,

1    that surcharge, parents that owe child support 18 and

2    under.  When this law was wrote and passed in 1999 our

3    child was 28 years old.  Under both laws she's not

4    covered under the surcharge.  But let's get back to

5    reading that correctly.

6              Therefore, this is the motion by the court to

7    close this case.  This is the motion.  In 40 years

8    she's got her money.

9              THE COURT:  But see I'm going to tell you

10   that I don't see the issue the same as Friend of Court

11   does.

12             MR. VANHECK:  Pardon me?

13             THE COURT:  I don't see the issue the same

14   way that Friend of Court does.  The reason I don't see

15   it is that you knew or should have known all the

16   arguments you just made for me about the legality of

17   the arrearage that she was claiming in December of

18   2011.  Despite that knowledge or putative knowledge you

19   agreed to pay $1,500.00.  So really what I think I've

20   got is a contract issue where you said I'm going to pay

21   you $1,500.00 and we're going to be all done.

22             So, I appreciate all those arguments, but I

23   think any right that you had to object to the surcharge

24   based upon those statutory bases you waived when you

25   made that agreement with her in December.

Christine A. Ruemenapp, CSR/CER 3729       Hearing:  09-04-12

1   say that I find based upon the evidence presented to me

2   today that there is an agreement to resolve this

3   arrearage that was reached in December, actually

4   reached in October of 2011 where Mr. VanHeck would pay

5   the sum of $100.00 per month for 15 months, beginning

6   January 1st, 2012.  I do not believe that his claim

7   that legally this amount is unenforceable.  I believe

8   that he waived that as a result of him entering into

9   this agreement.  I also believe that there was no

10   contemplation by either of the parties that he would

11   receive credit for any prior payments that were made at

12   the time this agreement was made.

13       So, I believe that to honor the terms of this

14   agreement Mr. VanHeck is required to pay the sum of

15   $1,500.00 on or before April, 2013.  And I'm going to

16   order that we're going to pick up the $100.00 a month

17   payments immediately, and then we'll have the balance

18   paid in full on or before April 1st, 2013 I think would

19   be right.  And if he does not either make any of those

20   monthly payments or if he doesn't pay the total balance

21   by April, 2013, whichever problem we have, he's to be

22   brought back in front of me.

23       I'm going to tell you, Mr. VanHeck, I

24   understand you're on SSI, you made an agreement, you're

25   going to enforce that or you're going to honor that

1    agreement or I'm going to enforce it.  Understand?

2              MR. VANHECK:  All right.  Well, your Honor,

3    let's put it, let's do this then, I've already paid her

4    $600.00 this month, this year.

5              THE COURT:  Yep.

6              MR. VANHECK:  Take that off of that.

7              THE COURT:  I am, you owe her $900.00.

8    You've got to pay $900.00 between now and April.  I'd

9    suggest you do it at --

10             MR. VANHECK:  My understanding is you're

11   rejecting Friend of Court's recommendation to close

12   this file?

13             THE COURT:  I am rejecting the Friend of

14   Court's recommendation.

15             MR. VANHECK:  I need to see a lawyer.

16             THE COURT:  Have a nice day.  Mr. Messing.

17

18             (At 11:17 a.m., proceedings concluded.)

19

20                 *      *      *      *      *

21

22

23

24

25

# ST. CLAIR COUNTY JAIL INMATE RECORD



23008

| Last Name | First Name | Middle Name |
|---|---|---|
| VANHECK | ROGER | EARL |

**Inmate Number:** 40961

**Classified Date/Time**

**Location In Jail:** CELL 2 3/02/04 1252

**Alias/Nichname:** NONE

**Special Pass:** NONE

**Box #**

**Prints:** NO

**Physical Date/Time**

VANHECK
ROGER
PIN: P9950242
BKN: 040961
DATE: 03/01/2004
DOB:
W BRO BRO

St. Clair County Sheriff Department

**PIN:** P9950242
**BKN:** 040961
**DATE:** 03/01/2004
**CARD #:** 2

## CHARGES

NON-PAY'T OF ALIMONY/CHILD SUPPORT

1.
2.
3.
4.
5.
6.

**HOLD**

**Location of Crime**

**Where Arrested:** UNKNOWN

**Department Arrested By:** MACOMB COUNTY

**Accomplice:** NONE

**Previously Arrested:** SCCSD

**Department Arrested By:** ST. CLAIR CO. CORRECTIONS

**Transporting Officer:** OFFICER CATES

**Booking Officer:** AWAD/SANDERS/WOOD

**Book Date/Time:** 3/01/04 13.51

**Address:** 11202 NORMANDY BLVD

**City:** IRA    **St.:** MI    **Cit:** USA

**Previous Address**

| Sec. Sec. | Race W | Sex M |
|---|---|---|
| | Complexion MED | |

**Occupation:** OPERATOR

**D.O.B.**

**Age:** 51

**Place of Birth:** ALGONAC

**Height:** 5'10"   **Weight:** 150   **Hair:** BRO   **Eyes:** BRO

**Build:** MED

**Scars, Marks, or Tattoos:** NONE

**Health Insurance:** NONE

**Card Number**

**Marital Status:** SINGLE

**Can Prisoner Read or Write:** BOTH

**Employer:** UNEMPLOYED

**Occupation**

**Vehicle:** NONE   **Year:** 00   **Model**   **Color**

**Phone Number Called at Time of Booking / Remarks:**
STATES THAT HIS APPENDIX HAS BEEN BOTHERING HIM AND HAS A DR'S
APPOINTMENT WED 3-3-04 TO HAVE IT
CHECKED OUT.

## PERSONAL PROPERTY

| | | |
|---|---|---|
| MONEY NONE | RECEIPT | WATCH |
| LIGHTER | BILLFOLD NONE | NECKLACE |
| KNIFE 1 BLACK | EARRINGS LITTLE BLK CASE | GLASSES |
| BELT | OTHER | OTHER POCKET KNIFE |
| | | |
| | CLOTHING | |
| SHIRT PLAID FLANNEL | TROUSERS BLUE JEANS | JACKET |
| SHOES 2 BROWN WORK BO | NECKTIE | OTHER |

PURSE
RINGS
KEYS
OTHER MAGNETIC BRACEL

HAT
OTHER

**RELEASE DATE/TIME:** 3/03/04 12.51

**OUTDATE**

**INMATE'S SIGNATURE** Roger Van Heck

**Time Served:** 2 MONTHS

FINAL DISPOSITION AND/OR RELEASE FROM JAIL
RELEASED PER HERB COLLINS/FOC

29. CLEAR BY:

# ST. CLAIR COUNTY JAIL INMATE RECORD

| | | | | | |
|---|---|---|---|---|---|
| Inmate Number 43927 | Last Name VANHECK | First Name ROGER | Middle Name EARL | Location in Jail CELL 2 10/09/04 1724 | Classified Date/Time 8/26/04 |
| | | | | Box # 4 Prints NO | Physical Date/Time 0/00/00 |

Caller/Nickname NONE

Address 280 NORTH ROSE APT. #4    City MT. CLEMENS    ST. MI    Special Pass NONE

Previous Address 2829 EAST 1ST STREET

Operator Lic. #

CHARGES

1. NON-PAY'T OF ALIMONY/CHILD SUPPORT
2.
3.
4.
5.
6.

HOLD

| | |
|---|---|
| Place of Birth ALGONAC | Type OPERATOR |
| D.O.B. 8/4 | Occupation LABORER |
| Height 5'10" | Eyes BRO    Hair BRO |
| Weight 150 | Age 52   Complexion MEDIUM |
| Scars, Marks, or Tattoos | Race W   Sex M |
| Child | CIT US |
| | Sec/Sec 23 |

Health Insurance MEDICAID    Card Number

Can Prisoner Read or Write BOTH

Marital Status SINGLE

Employer VANS ROOFING

Vehicle    Color    Year    Model

Phone Number Called at Time of Booking / Remarks 00

Location of Crime ST. CLAIR COUNTY

Previously Arrested PORT HURON

Where Arrested MACOMB COUNTY

Department Arrested By SELF/OTHER

Transporting Officer

Booking Officer HERB COLLINS

Accomplice

OLEJNIK, WOOD, HILL

VANHECK
ROGER
BKN: 043927
DOB: 05/21/1952

Book Date/Time 8/25/04 13.53

* ADDITIONAL COMMENTS EXIST * (3162)
CARD #: 10

SENT 60 DAYS NO CREDIT - CASE #1975 004460 DP - WOULD NOT ENTER - OUT DATE 10/23/04

SEE NEXT SCREEN...

## PERSONAL PROPERTY

| | | |
|---|---|---|
| MONEY NONE | RECEIPT | WATCH S/C WRIST | PURSE |
| LIGHTER YELLOW | BILLFOLD NONE | NECKLACE | RINGS 8 ON RING |
| KNIFE | EARRINGS | GLASSES SUNGLASSES | KEYS |
| BELT BLACK | OTHER | OTHER | OTHER |

| | | |
|---|---|---|
| SHIRT BLACK TEE | CLOTHING BLUE JEANS | JACKET | HAT |
| SHOES BROWN BOOTS | TROUSERS | OTHER | OTHER |
| | NECKTIE | | |

FINAL DISPOSITION AND/OR RELEASE FROM JAIL

WAYNE COUNTY JAIL

| TIME SERVED | | RELEASE DATE/TIME | OUTDATE |
|---|---|---|---|
| DAYS 15 | MONTHS 1 | 10/09/04   17.23 | 10/23/04 |

BY:

INMATE SIGNATURE

**CIVIL COVER SHEET**  County in which action arose *ST. CLAIR*

The ~~civil~~ cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided ~~~~ rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating ~~~~ civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

*ROGER R VAN HECK*

**(b)** County of Residence of First Listed Plaintiff *MACOMB*
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
*94 SOUTH ROSE  586-713-9195*
*Mt. CLEMENS, MI 48043*

## DEFENDANTS *John Thomlinson*
*201 McMorron Blvd, Rm 2900*
*Port Huron, MI 48060*

County of Residence of First Listed Defendant *ST. CLAIR*

Case:5:13-cv-11377
Judge: O'Meara, John Corbett
MJ: Grand, David R.
Filed: 03-28-2013 At 12:26 PM
CMP ROGER VAN HECK V ST. CLAIR COUN
TY, ET AL (DG)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)  and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health |  | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury |  | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General |  | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900Appeal of Fee Determinatio |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | Under Equal Access |
|  | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - |  | to Justice |
|  | ☒ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee |  | ☐ 950 Constitutionality of |
|  | Other |  | ☐ 465 Other Immigration |  | State Statutes |
|  | ☐ 440 Other Civil Rights |  | Actions |  |  |

## V. ORIGIN  (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*42 USC 407 - 72 USC 1383(d)(1) / 450 U.S. 221, 222, 101 S.Ct. 1074 (1981) (others)*
Brief description of cause:
*Child support order while plaintiff on SSI/illegal arrest*

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
*Court ordered child support while plaintiff ~~~~*

**DEMAND $**
*2,00,800,00.00*

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE
*130 / SSI*
DOCKET NUMBER

DATE *~~February~~ March 28, 2013*

SIGNATURE OF ATTORNEY OF RECORD *Roger Van Heck*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

ANT TO LOCAL RULE 83.11

Is this a case that has been previously dismissed?    ☐ Yes
                                                        ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.      Other than stated above, are there any pending or previously
        discontinued or dismissed companion cases in this or any other    ☐ Yes
        court, including state court? (Companion cases are matters in which    ☑ No
        it appears substantially similar evidence will be offered or the same
        or related parties are present and the cases arise out of the same
        transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :