UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER VAN HECK,

    Plaintiff,

Case No. 13-11377

Honorable John Corbett O'Meara

v.

ST. CLAIR COUNTY, JOHN TOMLINSON, ST.
CLAIR COUNTY JUDICIARY, and MERRY V.
PACK,

    Defendants.
    _____/

## ORDER OF DISMISSAL

Plaintiff Roger Van Heck filed a *pro se* complaint in this matter March 28, 2013. On February 6, 2014, this court entered an order granting the summary judgment motion of defendants St. Clair County, John Tomlinson, and St. Clair County Judiciary. Therefore, the only remaining defendant in this case is Merry V. Pack, plaintiff Van Heck's ex-wife.

The complaint "Seeks EIGHT HUNDRED THOUSAND DOLLARS from the Defendant Merry V. Pack for wrongful prosecution, loss of income, loss of property, malicious prosecution, and negligent continued prosecution" concerning child support payments ordered to be paid by Van Heck. Compl. at 6.

In order for this court to have federal subject matter jurisdiction, the complaint must present a federal question or the parties must be diverse. 28 U.S.C. §§ 1331 and 1332. The allegations against defendant Pack present no federal question, and the parties are not diverse. Because this

court lacks subject matter jurisdiction, the action is **DISMISSED**, rendering moot all outstanding motions and applications.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: February 11, 2014

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 11, 2014, using the ECF system and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager