UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER VAN HECK,

        Plaintiff,

Case No. 13-11377
Hon. John Corbett O'Meara

v.

ST. CLAIR COUNTY, JOHN TOMLINSON,
ST. CLAIR COUNTY JUDICIARY,
and MERRY V. PACK,

        Defendants.
_____/

## JUDGMENT

Pursuant to the court's February 11, 2014 order, IT IS HEREBY ORDERED that this action is DISMISSED.

Date: February 11, 2014

        DAVID WEAVER
        Clerk, U.S. District Court

        By: s/William Barkholz
        Deputy Clerk

Approved:

s/John Corbett O'Meara
United States District Judge