UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER VAN HECK,

      Plaintiff,

v.

ST. CLAIR COUNTY, JOHN TOMLINSON, ST. CLAIR COUNTY JUDICIARY, and MERRY V. PACK,

      Defendants.
      _____/

Case No. 13-11377

Honorable John Corbett O'Meara

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter came before the court on plaintiff Roger Van Heck's February 21, 2014 Claim of Appeal from Opinion and Order.  It is unclear whether this is an appeal to the United States Court of Appeals for the Sixth Circuit or a motion for reconsideration pursuant to Local Rule 7.1(h) (E.D. Mich. July 1, 2011).  To the extent it can be construed as a motion for reconsideration over which this court has jurisdiction, the motion will be denied.  Plaintiff Van Heck has failed to "demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled" and has failed to "show that correcting the defect will result in a different disposition of the case."  LR 7.1(h)(3).

Therefore, it is hereby **ORDERED** that to the extent plaintiff Van Heck's February 21, 2014 Claim of Appeal from Opinion and Order is deemed a motion for reconsideration, it is **DENIED.**

                              s/John Corbett O'Meara
                              United States District Judge

Date: May 1, 2014

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 1, 2014, using the ECF system and/or ordinary mail.

                                  s/William Barkholz
                                  Case Manager