## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 15, 2014

Mr. David J. Weaver
Eastern District of Michigan at Ann Arbor
P.O. Box 8199
Ann Arbor, MI 48107-0000

                  Re:  Case No. 14-1227, *Roger Van Heck v. County of St. Clair, et al*
                          Originating Case No. : 5:13-cv-11377

Dear Clerk:

   Enclosed is a copy of the mandate filed in this case.

                                                              Sincerely yours,

                                                              s/Karen S. Fultz for Jeanine Hance
                                                               Case Manager
                                                               Direct Dial No. 513-564-7037

cc:  Mr. Gary A. Fletcher
      Ms.Merry V. Pack
      Mr.  Roger Van Heck

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 14-1227

_____

Filed: August 15, 2014

ROGER VAN HECK

      Plaintiff - Appellant

v.

COUNTY OF ST. CLAIR; JOHN THOMLINSON; ST. CLAIR COUNTY JUDICIARY; MERRY V. PACK

      Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 07/21/2014 the mandate for this case hereby issues today.

COSTS: None